Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
22320 FOOTHILL BLVD #150
HAYWARD CA 94541
TELEPHONE: 510 266 5580
FAX: 510 266 5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:      Debtor(s)
LEONARD KEY
SANDRA JOAN KEY

Case No 11-44407-WJL13

Chapter 13

**AMENDED - NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1000.00 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 11-44407-WJL13 | LEONARD KEY<br>SANDRA JOAN KEY<br>10710 PEARMAIN ST<br>OAKLAND CA 94603 | DEBTOR | $1000.00 |
| | Total Unclaimed Dividends | | $1000.00 |

Dated:  December 13, 2016

/s/ Martha G Bronitsky
Martha G. Bronitsky, Chapter 13 Trustee